UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WYLIE O'BRIEN,

    Plaintiff,

v.                                        CASE NO. 8:18-cv-1469-T-23AEP

VELOCITY INVESTMENTS, LLC, et al.,

    Defendants.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 15), this action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on December 14, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE